■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERRY L. DANDRIDGE, Appellant. [965 NYS2d 915]—Appeal from a

resentence of the Supreme Court, Erie County (Penny M. Wolfgang, J.), rendered May 16, 2011. Defendant was resentenced upon his conviction of robbery in the first degree and robbery in the second degree.

It is hereby ordered that the resentence so appealed from is unanimously affirmed (*see People v Howard*, 96 AD3d 1691, 1692 [2012], *lv denied* 19 NY3d 1103 [2012]). Present—Smith, J.P., Fahey, Carni, Valentino and Whalen, JJ.